**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEAL

Appellate case name:      Brandon Derrail Evans v. The State of Texas

Appellate case number:   01-14-00345-CR

Trial court case number:  13-CR-1338

Trial court:                      212th District Court of Galveston County

This case was abated and remanded to the trial court to determine whether appellant wishes to prosecute this appeal and whether good cause exists to relieve appellant's appointed counsel. The trial court held a hearing on our abatement order on October 22, 2014, and the trial court clerk and court reporter have filed their respective records of the hearing. The record reflects that the trial court made all necessary findings and then ordered appointed counsel to file a brief on appellant's behalf within 30 days of the hearing. Appellant's brief was filed on December 8, 2014. Accordingly, this case is REINSTATED on the Court's active docket.

The State's brief, if any, is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Michael Massengale

☒ Acting individually      ☐ Acting for the Court

Date:  December 16, 2014